We think this statute clearly gives the City the right to proceed as it did. Since the proceedings of the first Board were void, they amounted to nought. As a general proposition, a municipality is not estopped by the void acts of its officers from proceeding to perform legal acts. Forbes v. City of Ashland, 246 Ky. 669, 55 S.W.2d 917. We can not agree with the contention of the appellants that KRS 92.470 was intended to deal only with "unpaid taxes, omitted taxes and improper and irregular assessments, and not to taxpayers assessed in the true names of the property owners."

Judgment affirmed.

We are affirming the judgment fining Frank Guerino $100 and sentencing him to 30 days in jail for selling intoxicating liquor in Local Option Territory, because we do not think the trial judge abused his discretion in refusing to grant Guerino a continuance, and because we do not think the argument of the Commonwealth's Attorney was prejudicially erroneous.

Judgment affirmed.

## LANGFORD v. VANDAVEER et al.

Court of Appeals of Kentucky.
Jan. 23, 1953.

## GUERINO v. COMMONWEALTH.

Court of Appeals of Kentucky
Jan. 23, 1953.

Earl F. Martin, Hartford, for movant.

J. D. Buckman, Jr., Atty. Gen., and Wm. F. Simpson, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Ohio Circuit Court, A. J. Bratcher, Judge.

